MAX SCHWARTZ v. SANTIAGO P. CAHILL.— Motion for preference

granted for October thirteenth. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ,

In the Matter of PETER CAFFREY, Deceased.— Motion for preference granted for October thirteenth. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.